UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-10459
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

                        versus

JAMES LINSCOMB,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Texas
(4:93-CR-49-E)
_____

November 27, 1996
Before HIGGINBOTHAM, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

James Linscomb appeals the district court's denial of his
motion for a new trial. Having reviewed the evidence, record, and
Linscomb's arguments on appeal, we find that the district court did
not clearly abuse its discretion in refusing to grant Linscomb's
motion. We affirm for substantially the same reasons cited by the

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

district court. *United States v. Linscomb*, No. 4:93-CR-49-E (N.D. Tex., Apr. 12, 1996).